IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ESTEFANNY JULISSA AMADOR-RODRIGUEZ, | § § § | |
| *Petitioner*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-26-CV-00710-FB |
| TODD M. LYONS, Acting Director of US ICE; MIGUEL VERGARA, San Antonio Field Office Director, US Immigration and Customs Enforcement; DAREN K. MARGOLIN, Director of the Executive Office for Immigration Review; and WARDEN, Dilley Immigration Processing Center, | § § § § § § § § § § | |
| *Respondents*. | § § | |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), filed by Petitioner Estefanny Julissa Amador-Rodriguez, who is currently detained in the Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

>Stephanie Rico, the Civil Process Clerk
>United States Attorney's Office, Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, TX 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve Respondent Warden, Dilley Immigration Processing Center, with copies of the Petition (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested. Service should be directed to:

>Warden,
>Dilley Immigration Processing Center
>300 El Rancho Way
>Dilley, TX 78017.

IT IS FURTHER ORDERED that **Respondents shall file a response to the Petition within five (5) days of the date of service.** In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioners' detention, Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences: *Vega-Vega v. Bondi*, No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons*, No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV 1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025); *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025). Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than a request for attorney's fees.

In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, **if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.**

IT IS FINALLY ORDERED that **any possible or anticipated removal or transfer is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer.**

It is so ORDERED.

SIGNED this 5th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE